IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

ROBERT BANKER,             Case No. 2:10-cv-13417

    Plaintiff,                    District Judge: Patrick J. Duggan

v.

NORTHSTAR LOCATION SERVICES, LLC,

    Defendant.

| **LAW OFFICES OF BRIAN P. PARKER, PC** | **DOBBS & NEIDLE, P.C.** |
|---|---|
| Brian P. Parker, Esq. (P 48617) | Gregory R. Neidle (P59273) |
| Attorney for Plaintiff | Daniel J. Ammon (P50923) |
| 30700 Telegraph Road | Attorneys for Defendant |
| Suite 1580 | 30150 Telegraph Road |
| Bingham Farms, MI 48025 | Suite 410 |
| Phone: (248) 642-6268 | Bingham Farms, MI 48025 |
| | Phone: (248) 723-9511 |
| | Fax: (248) 723-9531 |

## ORDER OF DISMISSAL

By stipulation of all parties who have appeared in this action and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties have agreed to the dismissal of this action with prejudice and with each party to bear their own costs and attorney fees.

Therefore, IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE as to all parties, and without costs and attorney's fees to either party.

**DONE AND ORDERED this 23rd day of December, 2010.**

                                           s/Patrick J. Duggan
                                           United States District Judge

LAW OFFICES
DOBBS & NEIDLE, P.C.
30150 TELEGRAPH ROAD STE. 410 • BINGHAM FARMS, MICHIGAN 48025 • 248-723-9520